**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-6355**

—————————

JACK RUSSEL BRISTOL,

               Petitioner - Appellant,

     v.

WARDEN C. CARTER,

               Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Senior District Judge.  (1:23-cv-00776-DKC)

—————————

Submitted:  February 27, 2024               Decided:  February 29, 2024

—————————

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jack Russel Bristol, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Russel Bristol, a federal prisoner, appeals the district court's order dismissing Bristol's 28 U.S.C. § 2241 petition in which he sought to challenge his 18 U.S.C. §§ 2422(b), 2423(b), (e), (f) convictions by way of the savings clause in 28 U.S.C. § 2255. In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that a petitioner cannot use a § 2241 petition to mount successive collateral challenges to federal convictions or sentence), we conclude that Bristol cannot pursue his claims in a § 2241 petition. Accordingly, we affirm the district court's order dismissing Bristol's § 2241 petition. *Bristol v. Carter*, No. 1:23-cv-00776-DKC (D. Md. Mar. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*